# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONSHEEK BASKERVILLE,** | : | CIVIL ACTION NO. 1:19-CV-420 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CITY OF HARRISBURG** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 9th day of January, 2020, upon consideration of plaintiff Ronsheek Baskerville's *pro se* amended complaint asserting claims under 42 U.S.C. § 1983, Magistrate Judge Martin C. Carlson's report and recommendations (Doc. 17), and Baskerville's objections (Doc. 18) thereto, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Judge Carlson's report (Doc. 17) is ADOPTED only to the extent set forth in the accompanying memorandum.

2. Baskerville's objections to Judge Carlson's report are SUSTAINED in part and OVERRULED in part.

3. Baskerville's Section 1983 claims asserting (1) Fourteenth Amendment deprivations of liberty without due process against Officers Maley, Scott, and Mowery; and (2) wrongful post-legal-process detention and related conspiracy in violation of the Fourth Amendment against Officers Maley, Scott, and Mowery are DISMISSED without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1).

4. Baskerville's Section 1983 claim asserting <u>Monell</u> liability against the City of Harrisburg is DISMISSED with prejudice for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b)(1) and for repeated failure to cure deficiencies by previous amendment.

5. The Clerk of Court is directed to CLOSE this case.

                                                   <u>/S/ CHRISTOPHER C. CONNER</u>
                                                   Christopher C. Conner, Chief Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania